JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW WILLIAM GRAY, | Case No. EDCV 15-1748-DOC (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| D DAVEY, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Third Amended Petition is denied and this action is dismissed with prejudice.

DATED: January 3, 2018

*David O. Carter*
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE